CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Association of Manufacturers,

           vs    Plaintiff

Honorable Jeffrey A. Taylor, et al.

                  Defendant

Civil Action No._____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __the National Association of Manufacturers__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the National Association of Manufacturers__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

915231
_____
BAR IDENTIFICATION NO.

Thomas W. Kirby
_____
Print Name

1776 K Street, NW
_____
Address

Washington, D.C. 20006
_____
City        State        Zip Code

(202) 719 - 7000
_____
Phone Number