IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08-cv-0208 (CKK) |
| HONORABLE JEFFREY TAYLOR, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Nancy Erickson, Secretary of the Senate.

Respectfully submitted,

MORGAN J. FRANKEL, Bar #342022
Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435

February 29, 2008