IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 08-cv-0208 (CKK) |
| HONORABLE JEFFREY TAYLOR, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Nancy Erickson, Secretary of the Senate.

Respectfully submitted,

THOMAS E. CABALLERO[1]
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435

February 29, 2008

---

[1] This appearance is pursuant to Section 288*l*(b) of title 2 of the United States Code which provides that the undersigned counsel, who serves in the Office of Senate Legal Counsel, "shall be entitled . . . to enter an appearance in any proceeding before any court of the United States or of a State or political subdivision thereof without compliance with any requirement for admission to practice before such court. . . ."