IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, <br><br> Plaintiff, <br><br> v. <br><br> HONORABLE JEFFREY TAYLOR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 08-cv-0208 (CKK) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Nancy Erickson, Secretary of the Senate.

Respectfully submitted,

*/s/ Grant R. Vinik*

GRANT R. VINIK, Bar #459848
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435

February 29, 2008