IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF )
MANUFACTURERS, )
)
Plaintiff, )
)
v. ) No. 08-cv-0208 (CKK)
)
HONORABLE JEFFREY TAYLOR, *et al.*, )
)
Defendants. )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Nancy Erickson, Secretary of the Senate.

Respectfully submitted,

*/s/ Patricia Mack Bryan*
PATRICIA MACK BRYAN, Bar #335463
Deputy Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
Tel: (202) 224-4435

February 29, 2008