IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>                 Plaintiff,<br><br>    v.<br><br>HONORABLE JEFFREY A. TAYLOR,<br>United States Attorney for the District of Columbia, et al.,<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-208<br>) (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel in this case for defendant Lorraine C. Miller, Clerk of the U.S. House of Representatives.


                              Respectfully submitted,


                              IRVIN B. NATHAN (DC Bar No. 90449)
                            General Counsel
                            KERRY W. KIRCHER  (DC Bar No. 386816)
                            Deputy General Counsel
                            RICHARD A. KAPLAN (DC Bar No. 978813)
                            Assistant Counsel


                             /s/ Christine Davenport
                            CHRISTINE DAVENPORT
                            Assistant Counsel

|  |  |
|---|---|
|  | Office of General Counsel[1] |
|  | U.S. House of Representatives |
|  | 219 Cannon House Office Building |
|  | Washington, D.C. 20515 |
|  | (202) 225-9700 (telephone) |
|  | (202) 226-1360 (facsimile) |
| February 29, 2008 | Counsel for defendant Lorraine C. Miller, Clerk of the U.S. House of Representatives |

---

[1] Attorneys in the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).