**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, **)** **)** **)** **)** Plaintiff, **)** **)** v. **)** **)** HONORABLE JEFFREY A. TAYLOR, et al. **)** **)** Defendants. **)** **)** | **Case No. 08-cv-00208 (CKK)** |

**PLAINTIFF'S UNOPPOSED MOTION TO AUTHORIZE**
**FILING OF A CONSOLIDATED 40-PAGE REPLY ON MARCH 17**

Plaintiff National Association of Manufacturers respectfully moves the Court to authorize a single consolidated Reply of 40 pages to the four Briefs in Opposition – two by Defendants and two by Amici – to be filed by Monday, March 17, 2008.

1.      During the scheduling conferences, the Court ordered that the case be fully briefed by March 17.  Defendants wished to keep open the possibility that their Briefs in Opposition might also advance non-merits grounds to dismiss as to which they wished to preserve an opportunity to reply.  Thus, Plaintiff's Reply was set for March 13, with Defendants' non-merits Reply due March 17.

2.      Defendants did not advance non-merits grounds to dismiss and will have no March 17 filing.  If Plaintiff replies on that date, briefing will be completed within the parameters set by the Court.

3.      The three Defendants filed two separate Briefs in Opposition that total 70 pages.  Amici filed two Briefs containing a further 37 pages, for a grand total of 107 pages in opposition to Plaintiff's 33 page opening Memorandum.

4.       Local Rule 7(e) would permit Plaintiff to submit a separate 25 page Reply to each of Defendants' two Briefs.  However, Plaintiff believes one consolidated Reply will be more efficient and 40 pages should suffice.  To prepare such a Reply, Plaintiff requests that its filing date be extended to March 17.

5.       Counsel for Plaintiff have conferred with counsel for the Defendants, who stated as follows: "Defendants do not oppose plaintiff's request to file a consolidated reply memorandum of up to 40 pages.  Defendants take no position on plaintiff's motion to extend the date set by the Court for filing plaintiff's reply memorandum."


Dated:  March 5, 2008                                    Respectfully submitted,


_____/s/_____
Thomas W. Kirby  (Bar No. 915231)
    E-mail: tkirby@wileyrein.com
Jan Witold Baran  (Bar No. 233486)
    E-mail: jbaran@wileyrein.com
Andrew G. Woodson  (Bar No. 494062)
    E-mail: awoodson@wileyrein.com
WILEY REIN LLP
1776 K St., NW
Washington, D.C. 20006

202.719.7000

Counsel for Plaintiff