UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>   Plaintiff,<br><br>   v.<br><br>HONORABLE JEFFREY A. TAYLOR, United States Attorney for the District of Columbia, *et al.*,<br><br>   Defendants. | Civil Action No. 08-208 (CKK) |

**ORDER**
(April 11, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 11th day of April, 2008, hereby

**ORDERED** that Plaintiff, the National Association of Manufacturers' [3] motion for judgment on the pleadings is DENIED; it is further

**ORDERED** that, pursuant to the agreement of the parties, the instant action is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable Order.*

                                                           */s/*
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge