## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08-cv-00208 (CKK) ) |
| HONORABLE JEFFREY A. TAYLOR, et al. | ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff National Association of Manufacturers appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 11th day of April, 2008, in favor of the Defendants against said Plaintiff.

Dated: April 16, 2008

Respectfully submitted,

_____/s/_____
Thomas W. Kirby  (Bar No. 915231)
  E-mail: tkirby@wileyrein.com
Jan Witold Baran  (Bar No. 233486)
  E-mail: jbaran@wileyrein.com
Andrew G. Woodson  (Bar No. 494062)
  E-mail: awoodson@wileyrein.com
WILEY REIN LLP
1776 K St., NW
Washington, D.C. 20006

202.719.7000

Counsel for Plaintiff