## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF
MANUFACTURERS,

    Plaintiff,

      v.

HONORABLE JEFFREY A. TAYLOR,
United States Attorney for the District of
Columbia, *et al.*,

    Defendants.

Civil Action No. 08-208 (CKK)

## ORDER
(April 18, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 18th day of April, 2008, hereby

**ORDERED** that Plaintiff, the National Association of Manufacturers' [20] Motion for a Stay and an Injunction Pending Appeal is DENIED.

**SO ORDERED**.

*This is a final, appealable Order*.

*/s/*
COLLEEN KOLLAR-KOTELLY
United States District Judge