# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5121**  **September Term 2007**

1:08-cv-00208-CKK

Filed On: May 5, 2008 [1114602]

National Association of Manufacturers,

    Appellant

v.

Jeffrey Allen Taylor, Honorable United
States Attorney for the District of Columbia,
et al.,

    Appellees

## ORDER

It appearing that this case is duplicative of case No. 08-5085, it is

**ORDERED** that the Clerk note the docket to reflect that this case is terminated. No mandate of the court issues in connection with an administrative termination.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Elizabeth V. Scott
Deputy Clerk